## GUARANTY BANK AND TRUST COMPANY
### *v.* VICTOR J. DOWLING

The defendant's petition for certification for appeal from the Appellate Court, 4 Conn. App. 376, is denied.

*Louis B. Blumenfeld,* in support of the petition.

*Samuel B. Feldman,* in opposition.

Decided September 24, 1985

## INTERNATIONAL HARVESTER CREDIT CORPORATION
### *v.* JOHN R. GILLIS

The defendant's petition for certification for appeal from the Appellate Court, 4 Conn. App. 510, is denied.

*Serge G. Mihaly,* in support of the petition.

*Kathleen C. Stone,* in opposition.

Decided September 24, 1985

## DANIEL JACK II *v.* WILLIAM SCANLON ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 4 Conn. App. 451, is dismissed.

*Howard B. Field III,* in support of the petition.

*Ronald T. Murphy,* in opposition.

Decided September 24, 1985

## MICHAEL MARRA *v.* ABRAM A. WASHTON

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*Michael Marra,* pro se, in support of the petition.

*Arthur A. Palmunen,* in opposition.

Decided September 24, 1985